JAMES BARRY *v.* POSI-SEAL INTERNATIONAL, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 36 Conn. App. 1 (AC 12101), is, on reconsideration by this court, granted. It is further ordered that this matter is remanded to the Appellate Court for further consideration in light of this court's decision in *Torosyan* v. *Boehringer Ingelheim Pharmaceuticals, Inc.*, 234 Conn. 1 (1995).

*Harry E. Calmar* and *Wesley W. Horton,* in support of the petition.

*Mark R. Kravitz, Jeffrey R. Babbin* and *Bonnie L. Patten,* in opposition.

Decided July 26, 1995

CYNTHIA G. GROSCH *v.* DOUGLAS R. GROSCH

The plaintiff's petition for certification for appeal from the Appellate Court, 36 Conn. App. 946 (AC 12496), is granted. It is further ordered that this matter is remanded to the Appellate Court for reconsideration in light of this court's decision in *Krafick* v. *Krafick,* 234 Conn. 783 (1995).

*Joseph A. Hourihan,* in support of the petition.

Decided August 8, 1995

STATE OF CONNECTICUT *v.* DANIEL HENDERSON

The defendant's petition for certification for appeal from the Appellate Court (AC 14508) is denied.

*John R. Gulash, Jr.,* in support of the petition.

*Susan C. Marks,* supervisory assistant state's attorney, in opposition.

Decided September 13, 1995